

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00056-CR

JASON ASHLEY GRAVETTE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 241st District Court
Smith County, Texas
Trial Court No. 241-1457-17

Before Morriss, C.J., Moseley and Burgess, JJ.

ORDER

Appellant Jason Ashley Gravette was convicted of evading arrest/detention with a vehicle and was sentenced to fifty years' imprisonment. On September 18, 2018, Gravette's court-appointed appellate counsel, Austin Reeve Jackson, filed an *Anders*[1] brief, and on September 28, 2018, Gravette filed his pro se motion for access to the record. Pursuant to *Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014), we are now required to enter an order specifying the procedure to be followed to ensure Gravette's access to the record. This order is intended to accomplish that goal.

Jackson advised this Court that on October 2, 2018, he mailed a complete paper copy of the appellate record to Gravette. Allowing a generous fifteen days for that record to be delivered to Gravette and giving Gravette thirty days to prepare and filer his pro se response, we hereby set November 16, 2018, as the deadline for Gravette to file his pro se response to Jackson's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

Date:        October 10, 2018

---

[1]*See Anders v. California*, 386 U.S. 738 (1967).